ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 2 7 2003

CLERK, U.S. DISTRICT COURT

By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ELAINE L. CHAO, Secretary of Labor,    )
United States Department of Labor      )
                                       )
              Plaintiff,               )
                                       )
                                       )
                                       )
                                       )    Case No. 3-02-CV-0126-G  BD
v.                                     )
                                       )
LOCAL 732, AMERICAN POSTAL             )
WORKERS UNION, AFL-CIO                 )
                                       )
              Defendant.               )

## PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT

COMES NOW, Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department

of Labor, by and through her counsel of record, moves this Court for entry of the Judgment

submitted herewith declaring the individuals certified by the Plaintiff on the attached

Certification of Election as having been duly elected officers of the Defendant labor organization

to serve until the next regularly scheduled election of officers.

In support of this motion, the Plaintiff relies on the attached certification executed by

John H. Heaney, Chief, Division of Enforcement, Office of Labor-Management Standards,

Employment Standards Administration, United States Department of Labor.

Respectfully Submitted,

JANE BOYLE
United States Attorney

HOWARD M. RADZELY
Acting Solicitor of Labor
WILLIAM E. EVERHEART
Regional Solicitor
JAMES E. CULP
Deputy Regional Solicitor
DANIELLE L. JABERG
LINDSAY A. MCCLESKEY
Attorneys

By:

Danielle Jaberg

FRANK D. ABLE by permission
Assistant United States Attorney
Texas Bar No. 00810250
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214/659-8610
Facsimile: 214/767-2916

United States Department of Labor
Office of the Solicitor
525 S. Griffin, Room 501
Dallas, Texas 75202
Telephone: 972/850-3100
Facsimile: 972/850-3101

## CERTIFICATE OF CONFERENCE

On June 19, 2003, Plaintiff's counsel, Ms. Danielle L. Jaberg, conferred in good faith

with Defendant's counsel, Mr. Edward Cloutman, and is authorized to report that Defendant does

not object to the motion requested herein.

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June, 2003, a true and correct copy of the Secretary of

Labor's foregoing *Plaintiff's Motion for Entry of Final Judgment* was served upon the attorney

of record, all parties or party representatives in the above entitled and numbered cause, by

depositing same in the United States Mail, addressed to:

> Edward B. Cloutman, III
> Law Offices of Edward B. Cloutman, III
> 3301 Elm Street
> Dallas, Texas 75226-1637


_____
DANIELLE L. JABERG
Attorney

3