ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 3 0 2003

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| ELAINE L. CHO, Secretary of Labor, United States Department of Labor | § § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 3-02-CV-0126-BD |
| LOCAL 732, AMERICAN POSTAL WORKERS UNION, AFL-CIO | § § § | |
| Defendant. | § § | |

## ORDER

Plaintiff has filed a motion for entry of final judgment in this case. The motion is unopposed and accompanied by a proposed judgment. However, the judgment is not signed by all counsel of record. *See* ORDER, 1/3/03 (directing plaintiff to submit Certification of Election and agreed judgment "approved as to form by all counsel of record"); *see also* LR 7.1(c) ("An unopposed motion must be accompanied by an agreed proposed order, signed by the attorneys or parties."). An agreed judgment signed by the lawyers must be submitted to the court by **July 3, 2003**.

SO ORDERED.

DATED:  June 30, 2003.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE