

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL - 3 2003

CLERK, U.S. DISTRICT COURT
By _____
Deputy

ELAINE L. CHAO, Secretary of Labor,     )
United States Department of Labor        )
                                         )
            Plaintiff,                    )
                                         )
                                         )
                                         )                    Case No. 3-02-CV-0126-BD
                                         )
v.                                       )
                                         )
LOCAL 732, AMERICAN POSTAL               )
WORKERS UNION, AFL-CIO                    )
                                         )
            Defendant.                    )

## JUDGMENT

It appearing to the Court, that pursuant to an Order entered by this court on January 3, 2003, the Defendant conducted an election of officers under the supervision of the Plaintiff and that the Plaintiff has filed a Certification of Election certifying the names of the persons who were elected in such election and further certifying that such election was conducted in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. 481 et seq.) and in conformity with the Constitution and bylaws of the Defendant labor organization, insofar as lawful and practicable; and the Court having considered said Certification and being fully advised, it is, upon the motion of the Plaintiff, hereby,

**ADJUDGED, ORDERED and DECREED** that the persons named in the Certification of Election which was filed as aforesaid by the Plaintiff, are the duly elected officers of Local 732, American Postal Workers Union, AFL-CIO, and shall serve until the next regularly scheduled election in accordance with the Constitution and bylaws of the Defendant labor organization. Each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

July 3, 2003
Date

UNITED STATES DISTRICT COURT JUDGE
MAGISTRATE

2

APPROVED AS TO FORM:

JANE BOYLE
United States Attorney

By:

EDWARD B. CLOUTMAN
Law Offices of Edward B. Cloutman, III
Texas Bar No. 04411000
3301 Elm Street
Dallas, Texas 75226-1637
Telephone: 214/939-9222
Facsimile: 214/939-9229

By:

FRANK D. ABLE *by permission*
Assistant United States Attorney
Texas Bar No. 00810250
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214/659-8610
Facsimile: 214/767-2916

EUGENE SCALIA
Solicitor of Labor
WILLIAM E. EVERHEART
Regional Solicitor
JAMES E. CULP
Deputy Regional Solicitor
DANIELLE L. JABERG
LINDSAY A. MCCLESKEY
Attorneys

United States Department of Labor
Office of the Solicitor
525 S. Griffin, Room 501
Dallas, Texas 75202
Telephone: 972/850-3100
Facsimile: 972/850-3101

3